**530**

■

**Millard MOLLETTE, Appellant,**

v.

**R. C. BOTTLING COMPANY and
Paul Daniels, Appellees.**

Court of Appeals of Kentucky

July 12, 1974.

Robert J. Greene, Perry & Greene, Paintsville, for appellant.

J. K. Wells, Wells, Porter & Schmitt, Paintsville, for appellees.

Memorandum Opinion by Justice PAL-MORE, REVERSING.*

■

**Lorena WESSEL et al., Appellants,**

v.

**COMMONWEALTH of Kentucky DEPART-MENT OF HIGHWAYS, Appellees.**

Court of Appeals of Kentucky.

July 12, 1974.

Clyde Breland, Jr., Louisville, for appellants.

Jack M. Lowery, Jr., Louisville, Jim Robinson, General Counsel, Department of Highways, Frankfort, for appellee.

Memorandum Opinion by Justice PAL-MORE, AFFIRMING.*

* Opinion ordered not to be published.